UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL SHAKUR SADDIQ,<br><br>           Plaintiff,      v.<br><br>McGEE AIR SERVICES COMPANY, INC.,<br><br>           Defendant. | CASE NO. **2:22-cv-00706-JCC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

The Court finds Plaintiff is financially unable to pay the filing fee and GRANTS the application to proceed in forma pauperis, Dkt. 1, under 28 U.S.C § 1915(a)(1). Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court should review the complaint before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 25th day of May, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1